DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN G. FISHMAN,**
Appellant,

v.

**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION** and **PALM BEACH COUNTY BOARD OF COUNTY COMMISSIONERS,**
Appellees.

No. 4D20-2156

[October 21, 2021]

Appeal from the State of Florida, Reemployment Assistance Appeals Commission; L.T. Case No. R.A.A.C. Docket No. 20-01014.

John G. Fishman, Wellington, pro se.

Amanda L. Neff, Chief Appellate Counsel, and Katie E. Sabo, Tallahassee, for appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***